200

■

**Jose SAMBRANO, Appellant, v. STATE, Appellee.**

No. 22539.

Court of Criminal Appeals of Texas.

June 9, 1943.

John T. Spann, of San Antonio, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted of wilfully resisting an officer in attempting to execute a lawful warrant for the arrest of another person in a misdemeanor case, and his punishment assessed at a fine of $250.

Since his appeal was perfected, appellant has filed his application, duly verified, asking the privilege of withdrawing the same. The request is granted and the appeal ordered dismissed.

■

**Lester C. SHAW, Appellant, v. STATE, Appellee.**

No. 22583.

Court of Criminal Appeals of Texas.

June 9, 1943.

John L. Poulter, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for murder, punishment assessed being five years in the penitentiary. Appellant has filed his affidavit advising the court that he does not desire to further prosecute his appeal, and requests that same be dismissed, and it is accordingly so ordered.

■

**CITY OF MINERAL WELLS, Appellant, v. Ralph K. ALEXANDER et al., Appellees.**

No. 14396.

Court of Civil Appeals of Texas.
Fort Worth.

May 14, 1943.

W. P. Smith and W. O. Gross, both of Mineral Wells, for appellant.

Grindstaff, Zellers & Hutcheson, of Weatherford, for appellees.

McDONALD, Chief Justice.

In view of the opinion of the Supreme Court, delivered on April 7, 1943, in City of Mineral Wells v. Hon. Atwood McDonald, Chief Justice et al., 170 S.W.2d 466, the judgment heretofore rendered by this court on June 12, 1942, is hereby set aside, and our former opinion, reported in 163 S.W.2d 721, is hereby withdrawn, the judgment of the trial court is reversed, and judgment is here rendered sustaining the plea of privilege filed by the City of Mineral Wells.